| | |
|---|---|
| Patricia A. Shiu, State Bar No. 104894<br>Claudia Center, State Bar No. 158255<br>Elizabeth Kristen, State Bar No. 218227<br>THE LEGAL AID SOCIETY-<br>EMPLOYMENT LAW CENTER<br>600 Harrison St., Suite 120<br>San Francisco, CA  94107<br>Telephone:  (415) 864-8848<br>Facsimile:  (415) 864-8199<br>Attorneys for Plaintiff<br>Frank Miller | Michael C, Hallerud, State Bar No. 068971<br>Thomas M. McInerney, State Bar No. 162055<br>Ellen M. Papadakis, State Bar No. 186621<br>THELEN REID & PRIEST LLP<br>101 Second St., Suite 1800<br>San Francisco, CA  94105<br>Telephone:  (415) 371-1200<br>Facsimile:  (415) 371-1211<br>Attorneys for Defendants Lockheed Martin<br>Corporation (erroneously sued as Lockheed<br>Martin Missiles and Space Company, Inc.) and |

**E-filed 1/4/05**

# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FRANK MILLER,<br><br>  Plaintiff,<br><br>v.<br><br>LOCKHEED MARTIN MISSILES AND SPACE COMPANY, INC. and JAMES PESTANA,<br><br>  Defendants. | Case No.  C04-00399 JF<br><br>**STIPULATION OF DISMISSAL OF ACTION**<br><br>[Fed.R.Civ.P. 41(a)(1)] |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice as to all defendants pursuant to Fed. R. Civ. Proc. 41(a)(1).

IT IS SO STIPULATED.

Dated:  December 20, 2004        By:     /s/
                                 Elizabeth Kristen
                                 Counsel for Plaintiff


Dated:  December 20, 2004        By:     /s/
                                 Thomas M. McInerney
                                 Counsel for Defendants

Pursuant to General Order No. 45 X. (B), I attest that concurrence in the filing of this document has been obtained from Defendants' counsel.

Dated:    December 20, 2004

                                    Patricia A. Shiu
                                    Claudia Center
                                    Elizabeth Kristen
                                    THE LEGAL AID SOCIETY
                                    EMPLOYMENT LAW CENTER

                     By:    /s/
                            Elizabeth Kristen

                            Attorney for Plaintiff
                            FRANK MILLER

1/3/05 IT IS SO ORDERED.

                            /s/electronic signature authorized
                            Judge Jeremy Fogel
                            United States District Court